

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00180-CR

**IN RE** Martin **BALLEZA**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Liza Rodriguez, Justice

Delivered and Filed: June 9, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relator has filed a petition for writ of mandamus. We may issue such writs when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing the trial court abused its discretion and that no adequate appellate remedy exists. *See State ex rel. Young v. Sixth Judicial Dist. Ct. of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007). Having reviewed the petition, we conclude relator has not satisfied this burden. Accordingly, we deny the petition. *See* TEX. R. APP. P. 52.8(a); *id.* R. 52.7(a) (requiring relator to file a certified or sworn copy of every document material to relator's claim for relief that was filed in the underlying proceeding).

PER CURIAM

Do Not Publish

---

[1]This proceeding arises out of Cause No. 2017CR12645, styled *State v. Balleza*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Frank J. Castro presiding.